UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP BRISETTE, | No. 2:16-cv-0208 GEB GGH P |
| Petitioner, | |
| v. | ORDER |
| ERIC ARNOLD, | |
| Respondent. | |

This petition for writ of habeas corpus was denied on September 7, 2016 and judgment entered accordingly. Petitioner's filing, entitled "reply to respondent's objections[1] to magistrate judge's findings and recommendations," filed on September 8, 2016, does not appear to be one contemplated by the Federal Rules of Civil Procedure or the Federal Rules Governing § 2254 Cases. Therefore, this document will be placed in the file and disregarded.

IT IS SO ORDERED.

Dated: October 10, 2016

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076; bris0208.158

---

[1] In fact, respondent filed a reply to petitioner's objections, which was considered by the district judge and which was followed by the instant filing. See ECF Nos. 36, 37, 40.